IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANIEL LOYD RANDLES, | * |
| Plaintiff, | * |
| v. | Case No.   5:22-CV-18-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 7, 2023, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 7th day of March, 2023.

.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk